IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 04-cr-00268-DBS-01

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

ANDRE WALKER

       Defendant.

---

**ORDER CONTINUING TERM OF SUPERVISED RELEASE**

---

    THIS MATTER was before the Court upon a petition filed by the probation officer alleging that the defendant has violated the conditions of his supervised release. The defendant admits to the violations of supervised release as alleged in the probation officer's petition. The Court finds that the defendant violated the terms and conditions of supervised release.

    THE COURT, having heard statements by the defendant, defense counsel, counsel for the government, and the probation officer, hereby

    ORDERS that the defendant's supervision be continued and that all original conditions of supervision remain in full force and effect.

    DATED at Denver, Colorado, this 7th day of August, 2008.

                                 BY THE COURT:

                                 Richard P. Matsch
                                 United States Senior District Judge